USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___06/15/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYREFE KELLY,

         Plaintiff,

  -against-

CITY OF NEW YORK, et al.,

         Defendant.

25-CV-152 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Defendants' request to excuse the individually named defendants from appearing in-person at the upcoming June 18, 2026 settlement conference (Dkt. 98), which is unopposed, is GRANTED. Defendants' request that a representative from the New York City Office of the Comptroller (the Comptroller) be permitted to appear remotely (Dkt. 97) is opposed. (Dkt. 99.) However, after conducting confidential pre-settlement discussions with both counsel, the Court is optimistic that defendants' counsel of record will have sufficient authority at the settlement conference to engage in good-faith settlement negotiations. Consequently, defendants' request is GRANTED to the extent that the Comptroller representative need not appear in person, but must be available to the Court by telephone, if needed, for the duration of the settlement conference.

Dated: New York, New York
      June 15, 2026

                           **SO ORDERED.**

                           _____

                           **BARBARA MOSES**
                           **United States Magistrate Judge**